

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                      )<br>          Plaintiff,                  )<br>                                      )<br>    v.                                )<br>                                      )<br> Elizabeth MERAZ,                     )<br>                                      )<br>          Defendant.                  )<br>_____) | Magistrate Case No. **21-MJ-1005**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)<br>Bringing in Unlawful Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about March 17, 2021, within the Southern District of California, Defendant, Elizabeth MERAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Norma Lizbeth BASTIDA-Salazar, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 17th of March 2021.

_____
HON. LINDA LOPEZ
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Norma Lizbeth BASTIDA-Salazar is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and he should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 17, 2021 at approximately 1:43 A.M., Elizabeth MERAZ (Defendant), a United States Citizen, applied for admission into the United States from Mexico at the Otay Mesa Port of Entry vehicle primary lanes as the driver of a silver 2007 BMW 328i bearing California License plates. Also in the vehicle was male passenger, Martin CHAVEZ Jr., a United States Citizen. During the primary inspection, the Customs and Border Protection (CBP) Officer asked Defendant where she was going and what they were bringing from Mexico. Defendant stated she was going home to Porterville, California and had nothing to declare. Defendant stated she had traveled to Mexico on a two-day vacation to eat tacos. While conducting roving operations, Canine Enforcement Officer (CEO) screened Defendant vehicle with his Narcotic/Human Detector Dog (NHDD) and received a positive alert Defendant vehicle. The CBP Officer conducted a search of the vehicle and discovered a non-factory compartment located behind the rear bench seat and the trunk. The CBP Officer accessed the compartment area through the back seat-rest and discovered a person hiding within. The CBP Officer requested assistance and Defendant and the passenger were secured and escorted to the secured location. The vehicle was driven by a CBP Officer to secondary for further inspection.

In secondary, CBP Officer resumed the inspection of the vehicle. The CBP Officers pulled the back seat rest forward and assisted a female to exit the non-factory compartment. The individual was later identified as Norma Lizbeth BASTIDA-Salazar (Material Witness), determined to be a citizen of Mexico without documents to enter the United States and is now held as a Material Witness.

Continuation of Probable Cause:
US vs Elizabeth MERAZ

Defendant was advised of her Miranda Rights at approximately 5:00 A.M. and elected to make a statement. Defendant stated that her uncle is the registered owner of the vehicle. Defendant stated that she traveled to Rosarito Beach, Baja California, Mexico on vacation with her boyfriend for two days and stayed at an unknown Motel. Defendant denied knowledge of the undocumented person concealed in her vehicle.

During a videotaped interview, Material Witness admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States. Material Witness stated her friend made the smuggling arrangements and was going to pay $16,000.00 USD and gave $1,000.00 USD as a down payment for the smuggling fee. Material Witness stated she was placed into the compartment by a male adult. Material Witness stated that while she was concealed in the compartment, she was able to hear a female and male talking in the English language. Material Witness said because of the way she was situated in the compartment; she could tell the female was driving and the male was the passenger. Material Witness stated that after she was placed in the compartment, she feels the vehicle made no stops and went straight to the border. Material Witness stated she was going to Escondido, CA.